L. JULIUS M. TURMAN (SBN 226126)
jturman@constangy.com
PHILIP J. SMITH (SBN 232462)
psmith@constangy.com
**CONSTANGY BROOKS SMITH AND PROPHETE LLP**
50 California Street, Suite 1625
San Francisco, California 94111
Telephone: (415) 918-3000
Facsimile: (415) 918-3007

Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN O'NEIL,<br><br>   Plaintiff,<br><br> vs.<br><br>TARGET CORPORATION, AND DOES 1 THROUGH 50<br><br>   Defendants. | Case No. 17-cv-01253-MCE-CMK<br><br>**STIPULATION AND ORDER REGARDING DISCOVERY PLAN** |

The Parties to the above-captioned action, Defendant TARGET CORPORATION ("Defendant") and Plaintiff STEVEN O'NEIL ("Plaintiff")(collectively, the "Parties") by and through their attorneys of record, hereby stipulate and agree to the following discovery plan:

WHEREAS, pursuant to the Court's Initial Pretrial Scheduling Order for this matter, the Parties met and conferred pursuant to Rule 26 of the Federal Rules of Civil Procedure to formulate a discovery plan;

WHEREAS, the parties agreed, pursuant to the terms of the Court's Initial Pretrial Scheduling Order, that fact discovery must be completed by June 15, 2018, which is within one year of the date of removal;

WHEREAS, the parties agreed, pursuant to the terms of the Court's Initial Pretrial Scheduling Order, that the expert disclosure deadline shall be August 14, 2018, which is within 60 days of the close of fact discovery;

WHEREAS, the parties stipulate, pursuant to the terms of the Court's Initial Pretrial Scheduling Order, that supplemental expert disclosure deadline shall be September 13, 2018, which is within 30 days of the initial expert designations; and

WHEREAS, the Parties have exchanged their initial disclosures;

THEREFORE, the parties stipulate that fact discovery must be completed by **June 15, 2018**;

THEREFORE, the parties stipulate that the expert disclosure deadline shall be **August 14, 2018**; and

THEREFORE, the parties stipulate that the supplemental expert disclosure deadline shall be **September 13, 2018**.

Dated: September 28, 2017     CONSTANGY, BROOKS, SMITH & PROPHETE LLP

By  /s/ L. Julius M. Turman
    L. Julius M. Turman
    Philip J. Smith
    Attorneys for Defendant
    TARGET CORPORATION

Dated: September 28, 2017

By  /s/ T. James Fisher (as authorized on 9/19/17)
    T. James Fisher
    Attorneys for Plaintiff
    STEVEN O'NEIL

## **ORDER**

Pursuant to the parties' stipulation and the Court's Initial Pretrial Scheduling Order, ECF No. 3, fact discovery shall be completed by June 15, 2018; the deadline to disclose experts shall be August 14, 2018; and the supplemental expert disclosure deadline is September 13, 2018.

As also provided in the Initial Pretrial Scheduling Order, the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling(s) on the last filed dispositive motion(s). If the parties do not intend to file dispositive motions, the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after the close of the designation of supplemental expert witnesses and the notice must include statements of intent to forgo the filing of dispositive motions. The parties are directed to review the Initial Pretrial Scheduling Order, ECF No. 3, for additional information.

IT IS SO ORDERED.
Dated: September 29, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE