1  Elizabeth A. Falcone CA Bar No. 219084
   elizabeth.falcone@ogletree.com
2  Amanda C. Van Wieren, *admitted pro hac vice*
   amanda.vanwieren@ogletree.com
3  OGLETREE, DEAKINS, NASH, SMOAK
   & STEWART, P.C.
4  The KOIN Center
   222 SW Columbia Street, Suite 1500
5  Portland, OR 97201
   Telephone: 503.552.2140
6  Facsimile: 503.224.4518

7

8  Attorneys for Defendant
   TARGET CORPORATION

9

10 T. James Fisher, CA Bar No. 64079
   fisherlawoffice@sbcglobal.net
11 1721 Court Street
   Redding, CA 96001
12 Telephone: 530.244.0909
   Facsimile: 530.244.0923

13 Attorney For Plaintiff
   STEVEN O'NEIL
14

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. O'NEIL,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, AND DOES 1 THROUGH 50,<br><br>    Defendants. | Case No. 2:17-cv-01253-MCE-CMK<br><br>**STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINES**<br><br>Complaint Filed: April 25, 2017<br>Trial Date: Not Set<br>Judge: Hon. Morrison C. England, Jr. |

Plaintiff Steven O'Neil ("Plaintiff") and Defendant Target Corporation ("Defendant"), by and through their undersigned counsel of record, hereby stipulate to extend the pretrial deadlines set forth in the October 2, 2017 Stipulation and Order Regarding Discovery Plan (Dkt. 9), as follows:

- Close of non-expert discovery: from June 15, 2018, to **August 3, 2018**;
- Expert disclosures due: from August 14, 2018, to **October 2, 2018**; and
- Rebuttal expert disclosures due: from September 13, 2018, to **November 1, 2018**.

Pursuant to Local Rule 144(b), the parties certify that this is the first extension of deadlines sought with regard to the above-referenced deadlines.

This extension is being sought due to the unavailability of the Plaintiff's counsel, who was in trial during the month of May in an unrelated matter and therefore unable to make himself available to confer on discovery disputes or attend depositions relevant to this case, and to allow Defendant's new counsel, Elizabeth A. Falcone and Amanda C. Van Wieren of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., whose substitution and appearance were approved by the Court on May 17, 2018, and May 23, 2018, respectively, sufficient time to familiarize themselves with the factual and procedural histories of these cases. *See* Dkt. Nos. 15 & 17. The extension requested herein will not prejudice any party or delay trial in this matter, as no extension of the dispositive motion deadline (now

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

set for **December 12, 2018**, *see* Dkt. 9), which deadline triggers the trial date in this matter (*see* Dkt. 6, at 5), is being sought.  This request is made in good faith and not for the purpose of delay.

    IT IS SO STIPULATED.

    Respectfully submitted,

DATED:  June 6, 2018          T. JAMES FISHER, ATTORNEY AT LAW

                                                        By: s/ T. James Fisher (as authorized on 6/6/18)
                                                               T. James Fisher

                                                               Attorney for Plaintiff
                                                               LORRI BEAVER

DATED:  June 6, 2018          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                                          By: s/ Elizabeth A. Falcone
                                                              Elizabeth A. Falcone
                                                              Amanda C. Van Wieren

                                                              Attorneys for Defendant
                                                             TARGET CORPORATION

17cv1253.so.0608-MS.docx

ORDER

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby ORDERS that the deadlines set forth in the October 2, 2017 Stipulation and Order Regarding Discovery Plan (ECF No. 9) be extended as follows:

- Close of non-expert discovery: from June 15, 2018, to **August 3, 2018**;
- Expert disclosures due: from August 14, 2018, to **October 2, 2018**; and
- Rebuttal expert disclosures due: from September 13, 2018, to **November 1, 2018**.

The Court further orders that, notwithstanding the above, the close of expert discovery and the deadline for dispositive motions, **December 12, 2018**, shall continue to be effective. Additionally, consistent with the Court's Initial Pretrial Scheduling Order (ECF No. 6) and Stipulation and Order Regarding Discovery Plan (ECF No. 9), the parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling(s) on the last filed dispositive motion, or if no dispositive motion is filed, by **November 30, 2018**.

IT IS SO ORDERED.

Dated: June 13, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE