Elizabeth A. Falcone CA Bar No. 219084
elizabeth.falcone@ogletree.com
Amanda C. Van Wieren, *admitted pro hac vice*
amanda.vanwieren@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
The KOIN Center
222 SW Columbia Street, Suite 1500
Portland, OR 97201
Telephone: 503.552.2140
Facsimile: 503.224.4518

Attorneys for Defendant
TARGET CORPORATION

T. James Fisher, CA Bar No. 64079
fisherlawoffice@sbcglobal.net
1721 Court Street
Redding, CA 96001
Telephone: 530.244.0909
Facsimile: 530.244.0923

Attorney for Plaintiff
STEVEN O'NEIL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN R. O'NEIL,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, AND DOES 1 THROUGH 50,<br><br>    Defendants. | Case No. 17-cv-01253-MCE-CMK<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a) AND ORDER**<br><br>Complaint Filed: April 25, 2017<br>Trial Date: Not Set<br>Judge: Hon. Morrison C. England, Jr.<br>Magistrate Judge: Hon. Craig M. Kellison |

17cv1253.so.0817.MS

1 | IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff STEVEN R. O'NEIL and counsel for Defendant TARGET CORPORATION, that pursuant to Federal Rule of Civil Procedure 41(a)(1), the above-captioned action shall be and hereby is dismissed with prejudice in its entirety as to all claims and with respect to all parties, with each party to bear its or his own costs and attorneys' fees.

DATED: August 15, 2018        T. JAMES FISHER, ATTORNEY AT LAW

By: /s/ T. James Fisher (as authorized on 8/15/18)

T. James Fisher
Attorney for Plaintiff
STEVEN R. O'NEIL

DATED: August 15, 2018        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Elizabeth A. Falcone
Elizabeth A. Falcone
Amanda C. Van Wieren
Attorneys for Defendant
TARGET CORPORATION

17cv1253.so.0817.MS

# ORDER

Pursuant to the stipulation of the parties and Federal Rule of Civil Procedure 41(a)(1), the above-captioned action is hereby DISMISSED with prejudice in its entirety as to all claims and with respect to all parties, with each party to bear its or his own costs and attorneys' fees. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 21, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE